**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           ) | CR 06-50033-1-PHX-EHC |
|                          ) | |
|       Plaintiff,         ) | |
|                          ) | |
| vs.                      ) | |
|                          ) | |
| Angel Cardenas-Mercado,  ) | **ORDER** |
|                          ) | |
|       Defendant.         ) | |
|                          ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on April 28, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1   **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2   court.
3       DATED this 4th day of May, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge